# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0297 LJO |
| Plaintiff, | **ORDER TO DENY REQUEST FOR TRANSCRIPTS AND TO PROCEED IN FORMA PAUPERIS** |
| vs. | (Docs. 55, 56.) |
| DIANA HERNANDEZ TERAN, | |
| Defendant. | |
| _____/ | |

This Court DENIES as moot defendant's motions for transcripts and to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   November 2, 2010**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1